**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA  95825**
**Telephone:     (916) 974-3500**
**Facsimile:      (916) 927-2009**

**Attorneys for Defendant**
**Clint Gregory**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:10-cr-00305-LKK |
| ) | |
| Plaintiff, ) | ORDER |
| ) | CONTINUING ARRAIGNMENT AND |
| ) | SETTING CHANGE OF PLEA |
| vs. ) | |
| ) | |
| ) | |
| CLINT GREGORY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based on the stipulation by and between the United States of America by Assistant U.S. Attorney Robin R. Taylor, Esq. and Donald H. Heller, Esq. Attorney for the Defendant Clint Gregory good cause appearing it is hereby ordered that the arraignment scheduled for August 20, 2010, before Magistrate Judge Kimberly Mueller be continued to August 31, 2010, at 9:15 a.m.before the Hon. Lawrence K. Karlton, United States District Judge the assigned United States District Judge for arraignment and change of plea.

DATED: August 20, 2010            /s/ Gregory G. Hollows
                                  _____
                                  United States Magistrate Judge

Gregory.eot

-1-

**ORDER**                                                      Case 2:10-cr-00305-LKK
**CONTINUING ARRAIGNMENT AND RESETTING**
**FOR ARRAIGNMENT AND CHANGE OF PLEA**