**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**CLINT GREGORY**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:10-CR-00305-LKK |
| ) | |
|     Plaintiff, ) | |
| ) | |
| ) | **STIPULATION  AND ORDER TO** |
| vs. ) | **CONTINUE SENTENCING** |
| ) | |
| ) | |
|  CLINT GREGORY, ) | |
|     Defendant. ) | |
| ) | |
| _____) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell L. Carlberg, Assistant United States Attorney, and counsel for defendant Clint Gregory, Donald H. Heller, Esq. that the status conference presently set for April 17, 2012, be continued to July 10, 2012, at 9:15 A.M.  The defendant is continuing to cooperate with the government and the full extent of the defendant's cooperation will be reported to this Court after the cases against codefendants have been concluded.

//

-1-

**STIPULATION AND ORDER**                                                                    **Case No. 2:10-CR-00305-LKK**
**CONTINUING STATUS HEARING REGARDING SENTENCING**

|  |  |
|---|---|
|  | DONALD H. HELLER<br>A Law Corporation |
| Dated: March 7, 2012 | /s/ Donald H. Heller<br>DONALD H. HELLER, ESQ.<br>Attorney for Defendant |
| Dated: March 7, 2012 | /s/ Russell L. Carlberg<br>RUSSELL L. CARLBERG<br>Assistant U.S. Attorney<br>Attorney for the United States |

# ORDER

Based on the stipulation by and between Assistant U.S. Attorney Russell L. Carlberg, Esq. and Donald H. Heller,, Esq., Good Cause Appearing, it is hereby ordered that the Status Hearing regarding sentencing of the Defendant Clint Gregory be continued to July 10, 2012 at 9:15 AM.

IT IS SO ORDERED.

Dated: March 8, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT