1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  701 University Avenue, Suite 100
   Sacramento, CA  95825
4  Telephone: (916) 974-3500
   Facsimile: (916) 520-3497
5
6  Attorneys for Defendant
   CLINT GREGORY
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA | ) | Case No. 2:10-CR-00305-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| vs. | ) | CONTINUE SENTENCING |
| | ) | STATUS CONFERENCE FROM |
| | ) | JULY 10, 2O12 TO NOVEMBER 6, |
| CLINT GREGORY, | ) | 2012. |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, S. Robert Tice-Raskin, Assistant United States Attorney, and counsel for defendant, Donald H. Heller, Esq. that the sentencing status conference presently set for July 10, 2012 be continued to November 6, 2012, at 9:15 A.M. The basis for this stipulation is that currently, no trial date has been set in respect the co-defendants pending trial and the next court appearance date for the co-defendants is September 18, 2012.  Accordingly, the parties agree that sentencing of the defendant be continued until such time after the cases against the co-defendants for sentencing recommendations by both parties consistent with the filed plea agreement in this

matter, Docket No. 18, filed August 31, 2010, pursuant to the defendant's entry of plea of the same date.   The control date of November 6, 2012, has been selected so that the parties may by said date be able to realistically proceed with the sentencing process by selection of the dates for the completion of the presentence report, disclosure and objection dates, as well as a judgment and sentencing date.

    IT IS SO STIPULATED.

DATED:  July 5, 2012      */s/ S. Robert Tice Raskin*
                                  S. ROBERT TICE-RASKIN
                                  Assistant United States Attorney

DATED:  July 5, 2012      */s/ Donald H. Heller*
                                  DONALD H. HELLER
                                  Counsel for Defendant

**ORDER**

Based on the stipulation by and between Assistant U.S. Attorney, S. Robert Tice-Raskin Esq. and Donald H. Heller, Esq. Good Cause Appearing, it is hereby ordered that the Status Hearing regarding sentencing of the Defendant Clint Gregory be continued from July 10, 2012 at 9:15 AM. to November 6, 2012 at 9:15 A.M.

    IT IS SO ORDERED.

Dated:  July 6, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT