**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**CLINT GREGORY**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:10-CR-00305-LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **CONTINUE SENTENCING** |
| ) | **STATUS CONFERENCE FROM** |
| ) | **NOVEMBER 6, 2012 to February 12,** |
| CLINT GREGORY, ) | **2013.** |
| Defendant. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, Phillip Ferrari, Esq., Assistant United States Attorney, and counsel for defendant, Donald H. Heller, Esq. that the sentencing status conference presently set for November 6, 2012, be continued to February 12, 2013, at 9:15 A.M. The basis for this stipulation is that currently, no trial date has been set in respect the co-defendants pending trial and the next court appearance date for the co-defendants is November 27, 2012.  Accordingly, the parties agree that sentencing of the defendant be continued until such time after the cases against the co-defendants for sentencing recommendations by both parties consistent with the filed plea

-1-
**STIPULATION AND [PROPOSED] ORDER**                                      **Case No. 2:10-CR-00305-LKK**
**TO CONTINUE SENTENCING STATUS CONFERENCE**

1  agreement in this matter, Docket No. 18, filed August 31, 2010, pursuant to the defendant's entry

2  of plea of the same date.  The control date of February 12, 2013, has been selected so that the

3  parties may by said date be able to realistically proceed with the sentencing process by selection

4
5  of the dates for the completion of the presentence report, disclosure and objection dates, as well

6  as a judgment and sentencing date.

7       IT IS SO STIPULATED.

8  DATED:  November 1, 2012            */s/ Phillip Ferrari*
                                        Phillip Ferrari
9                                       Assistant United States Attorney
10

11
12 DATED:  November 1, 2012            */s/ Donald H. Heller*
                                        DONALD H. HELLER
13                                      Counsel for Defendant

14
                          **ORDER**
15

16     Based on the stipulation by and between Assistant U.S. Attorney, Phillip Ferrari, Esq.

17 and Donald H. Heller, Esq. Good Cause Appearing, it is hereby ordered that the Status Hearing

18 regarding sentencing of the Defendant Clint Gregory be continued from November 6, 2012 at
19
20 9:15 AM. to February 12, 2013 at 9:15 A.M.

21     IT IS SO ORDERED.

22

23

24     Dated:  November 5, 2012

25                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
26                                      UNITED STATES DISTRICT COURT

27

28

-2-

**STIPULATION AND [PROPOSED] ORDER**                           Case No. 2:10-CR-00305-LKK
**TO CONTINUE SENTENCING STATUS CONFERENCE**