**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**Clint Gregory**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:10-CR-00305-LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **CONTINUE SENTENCING** |
| ) | |
| ) | |
| CLINT GREGORY, ) | |
| Defendant. ) | |
| ) | |

_____

   It is hereby Stipulated and Agreed to by and between Assistant U.S. Attorney Robert Tice-Raskin, Esq. and Donald H. Heller, Esq., that the Status Hearing regarding sentencing of the Defendant Clint Gregory scheduled for June 4, 2013 at 9:15 AM, be continued to September 24, 2013.  The defendant is continuing to cooperate with the government and the full extent of the defendant's cooperation will be reported to this Court after the cases against codefendants have been concluded.

//

//

-1-

Stipulation to Continue Sentencing Status                            Case No. 2:10-CR-00305-LKK

|   |   |
|---|---|
|   | DONALD H. HELLER |
|   | A Law Corporation |
| Dated: June 12, 2013 | */s/ Donald H. Heller* |
|   | DONALD H. HELLER |
|   | Attorney for Defendant |
|   | CLINT GREGORY |
|   |   |
| Dated: February 6, 2013 | /s/ Phillip A. Ferrari |
|   | PHILLIP A. FERRARI |
|   | Assistant U.S. Attorney |

# ORDER

**Good Cause Appearing,** based on the stipulation of counsel, the defendant Gregory's Sentencing Status hearing is continued to September 24, 2013 at 9:15 a.m.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT