**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA  95864**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**Clint Gregory**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> CLINT GREGORY, ) <br> Defendant. ) <br> ) <br> _____ | Case No. 2:10-CR-00305-LKK <br><br> **STIPULATION TO CONTINUE SENTENCING** |

It is hereby Stipulated and Agreed to by and between Assistant U.S. Attorney Phillip Ferrari, Esq. and Donald H. Heller, Esq., that the Status Hearing regarding sentencing of the Defendant Clint Gregory scheduled for March 18, 2014, at 9:15 AM, be continued to July 29, 2014 at 9:15AM.  The defendant is continuing to cooperate with the government and the full extent of the defendant's cooperation will be reported to this Court after the cases against codefendants have been concluded.

//

//

|   |   |
|---|---|
|   | DONALD H. HELLER |
|   | A Law Corporation |
| Dated: March 17, 2014 | */s/ Donald H. Heller* |
|   | DONALD H. HELLER |
|   | Attorney for Defendant |
|   | CLINT GREGORY |
|   |   |
| Dated: March 12, 2014 | */s/ Phillip A. Ferrari* |
|   | PHILLIP A. FERRARI |
|   | Assistant U.S. Attorney |

**ORDER**

**Good Cause Appearing,** based on the stipulation of counsel, the defendant Gregory's Sentencing Status hearing is continued to July 29, 2014 at 9:15 a.m.

DATED: March 17, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT