DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA  95864
Telephone: (916) 974-3500
Facsimile: (916) 520-3497

Attorneys for Defendant
Clint Gregory

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:10-CR-00305-MCE |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO VACATE STATUS RE: SENTENCING AND SET THIS MATTER FOR IMPOSITION OF JUDGMENT AND SENTENCE; ORDER |
| CLINT GREGORY, | ) | |
| Defendant. | ) | |

It is hereby Stipulated and Agreed to by and between Assistant U.S. Attorney Phillip Ferrari, Esq. and Donald H. Heller, Esq., that the Status Hearing regarding sentencing of the Defendant Clint Gregory scheduled for January 14, 2016, be vacated and that this matter be set for imposition of Judgment and Sentence on March 3, 2016.

It is further stipulated that the Schedule for Disclosure be set as follows:  Sentencing Date: March 3, 2016, Reply date:  February 25, 2016, Correction Date: February 18, 2016, PSR Report Date: February 11, 2016, Draft PSR disclosure date: January 28, 2016.

                                                      DONALD H. HELLER
A Law Corporation

Dated: November 30, 2015         */s/ Donald H. Heller*
DONALD H. HELLER
Attorney for Defendant
CLINT GREGORY

Dated: November 10, 2015         */s/ Phillip A. Ferrari*
PHILLIP A. FERRARI
Assistant U.S. Attorney

## ORDER

Pursuant to the above stipulation, and good cause having been shown, the Status Hearing set for January 14, 2016, is vacated and Judgment and Sentence is hereby scheduled for March 3, 2016.  It is further ordered that the Schedule for Disclosure be set as follows:  Sentencing Date: March 3, 2016, Reply date:  February 25, 2016, Correction Date: February 18, 2016, PSR Report Date: February 11, 2016, Draft PSR disclosure date: January 28, 2016.

    IT IS SO ORDERED.

Dated:  November 30, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

-3-
**Stipulation and Order**  **Case No. 2:10-CR-00305-MCE**
**Vacating Status and Scheduling Judgment and Sentence**