BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
ANDRE ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>CLINT GREGORY,<br><br>                Defendant. | CASE NO. CR S 10-305 MCE<br><br>STIPULATION REGARDING SCHEDULING FOR JUDGMENT AND SENTENCING: ORDER<br><br>DATE: May 5, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentence on May 5, 2016. The parties have consulted with the Probation Officer regarding a proposed schedule for sentencing submissions and propose the following schedule:

| | |
|---|---|
| Informal Objections to Draft Presentence Report | April 7, 2016 |
| Presentence Report Filed and Disclosed | April 14, 2016 |
| Motion for Correction of Presentence Report | April 21, 2016 |
| Reply or Statement of Non-Opposition and Any Sentencing Memoranda | April 28, 2016 (5:00 pm) |

| | |
|---|---|
| Any Response to Sentencing Memoranda | May 2, 2016 (3:00 pm) |
| Judgment and Sentencing | May 5, 2016 |

IT IS SO STIPULATED.

Dated: March 22, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ PHILIP FERRARI
PHILIP FERRARI
Assistant United States Attorney

Dated: March 22, 2016

/s/ Donald H. Heller
Donald H. Heller
Counsel for Defendant
Clint Gregory

**ORDER**

IT IS SO ORDERED.

Dated: March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT