BENJAMIN B. WAGNER
United States Attorney
PHILIP FERRARI
ANDRE ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 10-305 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUING THE JUDGMENT AND SENTENCING DATE AND FILING DATES: ORDER |
| v. | |
| CLINT GREGORY, | DATE: May 5, 2016 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentence on May 5, 2016. The Parties have agreed to continue the judgment and sentencing date for reasons personal to defendant's attorney Donald H. Heller, to June 2, 2016, at 9:00 a.m. The final Presentence Report and the government's motion for correction of the Presentence Report have been filed.

2. Any Reply to the government's motion for correction and any Sentencing Memoranda shall be filed by May 19, 2016 (5:00pm).

3. Any Response to Sentencing Memoranda shall be filed by May 26, 2016. (3:00 pm).

///

///

STIPULATION REGARDING CONTINUING SCHEDULING AND JUDGMENT AND SENTENCING

1

4.      Judgment and Sentencing on June 2, 2016 at 9:00a.m.

IT IS SO STIPULATED.

Dated:  April 27, 2016　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　/s/ PHILIP FERRARI
　　　　　　　　　　　　　　　　　　　　　　　PHILIP FERRARI
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  April 27, 2016　　　　　　　　　　　　　/s/ Donald H. Heller
　　　　　　　　　　　　　　　　　　　　　　　Donald H. Heller
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Clint Gregory

**ORDER**

IT IS SO ORDERED.

DATED:  May 4, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE