PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 10-0305 MCE |
|---|---|
| Plaintiff, | ORDER REGARDING RESTITUTION |
| v. | |
| CLINT GREGORY, | |
| Defendant. | |

At the defendant's sentencing on June 2, 2016, resolution of the amount of restitution owed was deferred pursuant to 18 U.S.C. § 3664(d)(5), and a hearing on the matter was subsequently set for August 4, 2016.  The Court is in receipt of a stipulation entered into by the parties in which the parties agree that, consistent with the plea agreement and the facts of this case, the Court may determine that restitution is owed by the defendant to the California Department of Transportation in the amount of $1,200,000.00 for the acts that he committed in this case which are the basis of his conviction.  This amount represents monies paid by the State of California for goods never received, as set forth in the indictment and plea agreement in this case.  It does not include any interest or penalties.

Based upon the foregoing, and consistent with the parties' stipulation and pursuant to Title 18, United States Code, Section 3663A, it is hereby ordered that:

The defendant Clint Gregory is ordered to pay restitution in the amount of $1,200,000 to the

California Department of Transportation.  Payment is due immediately, and it is anticipated that upon the commencement of the defendant's supervised release, the Probation Office will establish a payment plan for the payment of remaining amounts.  Further, pursuant to 18 U.S.C. § 3664(k), the defendant is required to notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.  Upon receipt of the notification, the Court may, on its own motion, or the motion of any party, including the defendant and the victim, adjust the payment schedule, or require immediate payment in full, as the interests of justice require.

Restitution payments will be forwarded to the California Department of Transportation at following address:

> Department of Transportation
> 1820 Alhambra Boulevard
> Sacramento, California 95816
> Attn: Cashiering

The hearing previously set for August 4, 2016, is hereby vacated.

IT IS SO ORDERED.

**Dated:  August 5, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE